# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 09-175 (RHK/FLN) |
| Petitioner, | **ORDER** |
| v. | |
| Ruben Lopez-Gonzalez, | |
| Respondent. | |

Having conducted a de novo review of the April 7, 2009 Report and Recommendation, **IT IS ORDERED**:

1. Respondent's Objections (Doc. No. 12) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 11) is **ADOPTED**;

3. The Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 (Doc. No. 1) is **GRANTED**; and

4. Respondent is **COMMITTED** to the custody of the Attorney General for hospitalization at FMC Rochester.

Dated: June 1, 2009

             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge